Jonathan Shub (SBN 237708)
jshub@shublaw.com
**SHUBLAW LLC**
1818 Market Street, 13th Floor
Philadelphia, PA 19102
Telephone: (610) 453-6551
Facsimile: (215) 569-1606

Jeffrey K. Berns, Esq. (SBN 131351)
Jberns@law111.com
David M. Arbogast (SBN 167571)
Darbogast@law111.com
**ARBOGAST & BERNS LLP**
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax: (818) 936-0232

***Attorneys for Plaintiff and all others Similarly Situated***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRANDI YOUNG, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

AT&T Mobility LLC., and DOES 1 through 10 inclusive,

Defendants,

Case No.: 8:08-cv-0313 FMC-VBKx

[*Assigned to the Hon. Florence-Marie Cooper*, Ctrm. 750]

CLASS ACTION

**STATUS REPORT**

Date Action Filed: March 19, 2008

Pursuant to the Court's July 16, 2008 Order Granting Stipulation to Stay Action ("Stay Order"), and the July 1, 2010 Minute Order (D.E. 35), Plaintiffs submit the following status report.

The interlocutory appeal to the Ninth Circuit Court of Appeals for certification of questions to the California Supreme Court in the related consolidated actions styled *Herbert v. Endemol USA, Inc. et al.*, Civil Action No. 073537-FMC (C.D.Cal.) (Court of Appeal Docket No. 08-56360) was vacated, dismissed and remanded on July 8, 2010. A true and correct copy of the Opinion is attached hereto as Exhibit "A." Accordingly, the finding by the District Court denying the *Herbert* defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) remains in full force.

Plaintiffs will be requesting that the Stay Order be vacated.

Dated: July 15, 2009

Respectfully Submitted,

/s/ Jeffrey K. Berns________

Jeffrey K. Berns, Esq. (SBN 131351)
Jberns@law111.com
David M. Arbogast (SBN 167571)
Darbogast@law111.com
**ARBOGAST & BERNS LLP**
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax: (818) 936-0232

Jonathan Shub (SBN 237708)
jshub@shublaw.com
**SHUBLAW LLC**
1818 Market Street, 13th Floor
Philadelphia, PA 19102
Telephone: (610) 453-6551
Facsimile: (215) 569-1606